UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14060-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARITZA PEREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 2, 2009. A Report and Recommendation was filed on April 23, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts One, Two, Three, and Four of the Superseding Information, which charges the Defendant in Count One with conspiracy to manufacture and to possess with intent to distribute 100 or more marijuana plants, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; in Count Two with conspiracy to maintain a place to manufacture and distribute marijuana, in violation of Title 21, United States Code, Sections 856(a)(1) and 846; in Count Three with mail fraud, in violation of Title 18, United States Code, Section 1341; and in Count Four with mail fraud, in violation of Title 18, United States Code, Section 1341.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of May, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office